**572**

George Allen BROWN, Appellant

v.

UNITED STATES.

No. 16989.

United States Court of Appeals
Eighth Circuit.

Feb. 14, 1962.

Charles M. Shaw, Clayton, Mo., for appellant.

D. Jeff Lance, U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed on motion of appellee and consent of appellant.

LIBBY, McNEILL & LIBBY, WEST IN-DIES CO., Petitioner, Appellant,

v.

SECRETARY OF THE TREASURY OF PUERTO RICO, Respondent, Appellee.

No. 5868.

United States Court of Appeals
First Circuit.

Feb. 20, 1962.

James R. Beverley, San Juan, P. R., with whom R. Castro Fernandez, R. Rodriguez Lebron and Carmen B. Hernandez, San Juan, P. R., were on brief, for appellant.

Arturo Estrella, Asst. Solicitor Gen., San Juan, P. R., with whom J. B. Fernandez-Badillo, Solicitor Gen., and Genoveva R. DeCarrera, Asst. Solicitor Gen., San Juan, P. R., were on brief, for appellee.

Before MAGRUDER, ALDRICH and SMITH,* Circuit Judges.

PER CURIAM.

We do not reach the question of the interpretation and application of the tax regulations relied upon by appellee, for we agree that appellant has failed, as a matter of proof, to show that the taxing statute, entirely apart from these regulations, was applied to it with the alleged unconstitutional effect. Cf. United States v. Raines, 1960, 362 U.S. 17, 80 S.Ct. 519, 4 L.Ed.2d 524.

Judgment will be entered affirming the judgment of the Supreme Court of Puerto Rico.

Sirri ALTIER, Appellant,

v.

UNITED STATES of America, Appellee.

No. 19341.

United States Court of Appeals
Fifth Circuit.

March 13, 1962.

Edmond E. Talbot, Jr., New Orleans, La., for appellant.

Louis R. Lucas, Asst. U. S. Atty., Kathleen Ruddell, U. S. Atty., New Orleans, La., for appellee.

Before HUTCHESON, WISDOM, and BELL, Circuit Judges.

PER CURIAM.

The Court has carefully considered the record, briefs and arguments in this case. We find that no prejudicial error was committed during the trial, and that substantial evidence supports the conviction of the defendant-appellant.

The judgment is

Affirmed.

* Sitting by Assignment.